IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVA J. COX                                                                                              PLAINTIFF

V.                           CASE NO. 4:13CV00144-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on June 19, 2014, and filed in this case, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered, this 20th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE